**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
WESTERN DISTRICT OF PENNSYLVANIA

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **York Operating, LLC** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **81-3552571** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **7101 Old York Rd.**<br>**Philadelphia, PA 19126**<br>Number, Street, City, State & ZIP Code | **425 West New York Ave., Suite 300**<br>**Winter Park, FL 32789**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Philadelphia**<br>County | **Location of principal assets, if different from principal place of business**<br>_____<br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL) _____

6. Type of debtor
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

Debtor  **York Operating, LLC**
_____  Case number (*if known*) _____
        Name

7. **Describe debtor's business**   A. *Check one:*

   ☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☐ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
      http://www.uscourts.gov/four-digit-national-association-naics-codes.
      __**6233**__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ☑ Chapter 11. *Check **all** that apply*:
       ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
       ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
       ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
       ☐ A plan is being filed with this petition.
       ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
       ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
       ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.

   ☑ No.
   ☐ Yes.

   District _____  When _____  Case number _____
   District _____  When _____  Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☑ No
    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor _____  Relationship _____
    District _____  When _____  Case number, if known _____

Debtor **York Operating, LLC** _____  Case number (*if known*) _____
         Name

| 11. | Why is the case filed in *this district*? | Check all that apply: |
|---|---|---|
| | | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No |
|---|---|---|
| | | ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
                            Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name     _____
        Phone            _____

### Statistical and administrative information

| 13. | Debtor's estimation of available funds | . | Check one: |
|---|---|---|---|
| | | | ☑ Funds will be available for distribution to unsecured creditors. |
| | | | ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| 14. | Estimated number of creditors | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|---|
| | | ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| | | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | | ☑ 200-999 | | |

| 15. | Estimated Assets | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|---|
| | | ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| 16. | Estimated liabilities | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|---|
| | | ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **York Operating, LLC**
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/18/2024
MM / DD / YYYY

**X** /s/ Neil Luria
Signature of authorized representative of debtor

**Neil Luria**
Printed name

Title  **Chief Restructuring Officer**

**18. Signature of attorney**

**X** /s/ Sarah E. Wenrich
Signature of attorney for debtor

Date  11/18/2024
MM / DD / YYYY

**Sarah E. Wenrich**
Printed name

**Raines Feldman Littrell, LLP**
Firm name

**11 Stanwix Street
Suite 1100
Pittsburg, PA 15222**
Number, Street, City, State & ZIP Code

Contact phone  412-899-6474     Email address  swenrich@raineslaw.com

**325834 PA**
Bar number and State

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: <br><br> **CARE PAVILION OPERATING, LLC,** *et al.,*[1] <br><br> **Debtors.** | Chapter 11 <br><br> Case No. |

**LIST OF AFFILIATED DEBTORS COMMENCING CHAPTER 11 CASES**

| Debtor | Last Four Digits of EIN |
|---|---|
| Bedrock Care LLC | 9115 |
| Care Pavilion Operating, LLC | 7149 |
| Cliveden Operating, LLC | 6546 |
| MAPA Operating, LLC | 3750 |
| Maplewood Operating, LLC | 0850 |
| Milton Operating, LLC | 5523 |
| Parkhouse Operating, LLC | 0140 |
| Tucker Operating, LLC | 4305 |
| Watsontown Operating, LLC | 0236 |
| York Operating, LLC | 2571 |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Care Pavilion Operating LLC (7149); Cliveden Operating LLC (6546); MAPA Operating LLC (3750); Maplewood Operating LLC (0850); Milton Operating LLC (5523); Parkhouse Operating LLC (0140); Tucker Operating LLC (4305); Watsontown Operating LLC (0236); York Operating (2571). The Debtors' address is 425 West New England Avenue, Suite 300, Winter Park, Florida 32789.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>**CARE PAVILION OPERATING, LLC**, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. |

**These cases are affiliated with the following Debtors pending under the jointly-administered case of *In re Pottsville Operations, LLC*, Case No. 24-70418.**

| Debtor | Last Four Digits of EIN | Case No. |
|---|---|---|
| Hampton House Operations, LLC | 8969 | 24-70422 |
| Hampton House Propco, LLC | 7258 | 24-70423 |
| Kingston Operations, LLC | 1787 | 24-70420 |
| Kingston Propco, LLC | 8562 | 24-70421 |
| Pottsville Operations, LLC | 9467 | 24-70418 |
| Pottsville Propco, LLC | 8685 | 24-70419 |
| Williamsport North Operations, LLC | 9927 | 24-70424 |
| Williamsport Propco, LLC | 2039 | 24-70425 |
| Williamsport South Operations, LLC | 0298 | 24-70426 |
| Yeadon Operations, LLC | 9296 | 24-70427 |
| Yeadon Propco, LLC | 5785 | 24-70428 |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Care Pavilion Operating LLC (7149); Cliveden Operating LLC (6546); MAPA Operating LLC (3750); Maplewood Operating LLC (0850); Milton Operating LLC (5523); Parkhouse Operating LLC (0140); Tucker Operating LLC (4305); Watsontown Operating LLC (0236); York Operating (2571). The Debtors' address is 425 West New England Avenue, Suite 300, Winter Park, Florida 32789.

*Execution Version*

# WRITTEN CONSENT OF
# THE CHIEF RESTRUCTURING OFFICER

**November 18, 2024**

Neil Luria being the Chief Restructuring Officer (the "CRO") of Care Pavilion Operating LLC, Cliveden Operating LLC, MAPA Operating LLC, Maplewood Operating LLC, Milton Operating LLC, Parkhouse Operating LLC, Tucker Operating LLC, Watsontown Operating LLC, and York Operating LLC (the "Companies") and empowered to act on behalf of the Companies hereby adopts the following resolutions, effective as of the first date written above:

## Chapter 11 Filing

**WHEREAS**, the Companies appointed the CRO effective November 18, 2024, pursuant to the Action by Unanimous Written Consent of the Manager of Care Pavilion Operating LLC, Cliveden Operating LLC, MAPA Operating LLC, Maplewood Operating LLC, Milton Operating LLC, Parkhouse Operating LLC, Tucker Operating LLC, Watsontown Operating LLC, and York Operating LLC (the "Consent").

**WHEREAS**, the Consent established the office of the chief restructuring officer for the Companies and authorized the CRO to file the Chapter 11 Cases (defined below) for the Companies and take all further actions necessary for the Companies in connection with the Chapter 11 Cases.

**WHEREAS**, the Companies and CRO have considered, among other things, the financial and operational condition of the Companies and the Companies' businesses on the date hereof, the assets of the Companies, the current and long-term liabilities of the Companies, the liquidity situation of the Companies, the strategic alternatives available to it, the effect of the foregoing on the Companies' businesses, and the advice of management and the Companies' advisors.

**NOW, THEREFORE, BE IT RESOLVED**, that, in the judgment of the CRO, it is desirable and in the best interests of the Companies, its creditors, and other parties in interest, that the Companies shall be, and hereby are, authorized to file, or cause to be filed, a voluntary petition for relief (together with the chapter 11 cases of the Company's affiliates, the "Chapter 11 Cases") under the provisions of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Western District of Pennsylvania (the "Bankruptcy Court") and any other petition for relief or recognition or other order that may be desirable under applicable law in the United States.

## General

**NOW, THEREFORE, BE IT RESOLVED**, that, in addition to the specific authorizations heretofore conferred, the CRO is authorized and directed to do and perform all such other acts, deeds and things and to make, negotiate, execute, deliver and file, or cause to be made, negotiated, executed, delivered and filed, all such agreements, undertakings, documents, plans, instruments, certificates, registrations, notices or statements as the CRO may deem necessary or

advisable to effectuate or carry out fully the purpose of the foregoing resolutions, and the taking of such actions or the execution of such documents by the CRO shall be conclusive evidence that the CRO deems such action or the execution and delivery of such document to be necessary or advisable and to be conclusive evidence that the same is within the authority conferred by the resolutions herein, and that any and all actions taken heretofore and hereafter to accomplish such purposes, all or singular, be, and they hereby are, approved, ratified and confirmed.

**FURTHER RESOLVED**, that this written consent may be executed in one or more counterparts, each of which shall be deemed an original, but all of which together will constitute one and the same instrument, and that this written consent may be delivered via facsimile or electronic transmission with the same force and effect as if it had been delivered manually.

**FURTHER RESOLVED**, that the CRO hereby ratifies and confirms all of the acts and transactions relating to matters contemplated by the foregoing resolutions, which acts and transactions would have been authorized and approved by the foregoing resolutions except that such acts and transactions were taken prior to the adoption of such resolutions, be, and they hereby are, in all respects confirmed, approved, and ratified.

*[Remainder of Page Intentionally Left Blank]*

*Execution Version*

**IN WITNESS WHEREOF**, the undersigned CRO of the Companies has executed this Written Consent of the Chief Restructuring Officer as of and effective on November 18, 2024.

_____
Neil Luria, Chief Restructuring Officer of Care Pavilion Operating LLC, Cliveden Operating LLC, MAPA Operating LLC, Maplewood Operating LLC, Milton Operating LLC, Parkhouse Operating LLC, Tucker Operating LLC, Watsontown Operating LLC, and York Operating LLC

[Signature Page to Action by Written Consent]

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | York Operating LLC | |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number (if known): | | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (CONSOLIDATED)

**12/15**

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| PA Nursing Facility Assessment 315 N. 2nd Street Harrisburg, PA 17101 | 717-787-1171 RA-PWOLTLNFPUBLICCOM@pa.gov | Trade debt | | | | $34,049,550.39 |
| Comprehensive Care Solutions LLC 491 Lyons Ave Irvington, NJ 07111 | 917-678-8442 | Trade debt | | | | $6,234,000.00 |
| Change Healthcare P.O. Box 736187 Chicago, IL 60673-6187 | PayerEnrollmentServices@changehealthcare.com | Trade debt | | | | $6,168,530.00 |
| ShiftMed, LLC 7925 Jones Branch Dr. McLean, VA 22102 | 800-485-9002 billingsupport@shiftmed.com | Trade debt | | | | $3,997,000.00 |
| Reliant Pro Rehab PO Box 207773 Dallas, TX 75320-7773 | 877-889-5188 dhatz@reliant-rehab.com | Trade debt | | | | $2,815,000.00 |
| UHP Administrators 1662 61st St. Brooklyn, NY 11204 | 888-596-4325 info@uhpadministrators.com | Trade debt | | | | $1,946,734.48 |
| ShiftKey, LLC PO Box 735913 Dallas, TX 75373-5913 | 214-257-8686 Laura.carpenter@shiftmed.com | Trade debt | | | | $1,361,000.00 |
| Milenia Health Benefit Trust 202 Caton Ave. Brooklyn, NY 11218 | 718-569-6670 | Trade debt | | | | $1,196,000.00 |
| SC & BP Services Inc. 1420 East Linden Ave. Linden, NJ 07036 | 908-912-2700 info@mylucent.com | Trade debt | | | | $1,194,000.00 |

Debtor **York Operating LLC**  Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **PA Dept. of Human Service** **Office of Long Term Living** **Harrisburg, PA 17105** | RA-NH_Assessments@pa.gov | **Trade debt** | | | | **$854,000.00** |
| **SpecialtyRX** **2 Bergen Turnpike** **Ridgefield Park, NJ 07660** | 866-773-2479 info@srxltc.com | **Trade debt** | | | | **$826,000.00** |
| **United Health Plus Admin** **975 NY-45 #1200** **Pomona, NY 10970** | clientserviceoperations@uhc.com | **Trade debt** | | | | **$821,000.00** |
| **Kaufman Borgeest & Ryan LLP** **875 Third Ave., 5th Flr.** **New York, NY 10022** | Mario C. Giannettino 888-596-4325 mgiannettino@kbrlaw.com | **Trade debt** | | | | **$528,000.00** |
| **Sunset Staffing LLC** **157 Sheffield Dr.** **Sunbury, PA 17801** | 570-986-8773 jennifer@sunsetstaffingpros.com | **Trade debt** | | | | **$395,000.00** |
| **PointClickCare Technologies Inc.** **PO Box 674802** **Detroit, MI 48267-4802** | 905-858-8885 info@pointclickcare.com | **Trade debt** | | | | **$340,000.00** |
| **IntelyCare, Inc.** **PO Box 787317** **Philadelphia, PA 19178-7317** | 844-683-5922 CareTeam@intlycare.com | **Trade debt** | | | | **$338,000.00** |
| **PA Health and Wellness** **5 Penn Center West Suite 300** **Pittsburgh, PA 15276** | Angela Lucente-Prokop, VP 717.551-8442 Angela.f.lucenteprokop@pehealthwellness.com | **Trade debt** | | | | **$326,000.00** |
| **Centers for Medicare & Medicaid Services** **PO Box 7520** **Baltimore, MD 21207-0520** | 212-861-4293 Medicaid.gov@cms.hhs.gov | **Trade debt** | | | | **$321,000.00** |
| **Murry Stone & Wilson, Trust Account for** **310 Grant St #1123** **Pittsburgh, PA 15219** | info@mswlawgroup.com | **Trade debt** | | | | **$310,000.00** |
| **Maxim Healthcare Staffing Services, Inc.** **12558 Collections Center Dr.** **Chicago, IL 60693** | 443-430-7525 vilignel@maximstaffing.com | **Trade debt** | | | | **$283,000.00** |

Debtor **York Operating LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Kennedy PC**<br>PO Box 5100<br>Harrisburg, PA 17110 | 717-233-7100, 877-833-7100<br>jkennedy@kennedypc.net | Trade debt | | | | $228,000.00 |
| **Migdalia Rivera, Admin of E/O German Rivera-Perez and Rosenbaum & Associates**<br>940 Atlantic Avenue<br>Camden, NJ 08104 | agovorov@rosenbaumfirm.com | Trade debt | | | | $225,000.00 |
| **Eagle Risk Services**<br>202 Caton Ave.<br>Brooklyn, NY 11218 | 718-215-8650<br>Info@EagleNorthLLC.com | Trade debt | | | | $210,000.00 |
| **Vertical Staffings**<br>345 E. 37th Street<br>Suite 310<br>New York, NY 10016 | 212-951-0430<br>info@verticalstaffings.com | Trade debt | | | | $200,000.00 |
| **JSDC Law Offices**<br>Attn: Denise Foster<br>11 E. Chocolate Ave.<br>Hershey, PA 17033 | 717-533-3280<br>info@jsdc.com | Trade debt | | | | $196,000.00 |
| **PECO**<br>PO Box 37629<br>Philadelphia, PA 19101-0629 | 1-800-494-4000<br>webagent@exeloncorp.com | Trade debt | | | | $195,000.00 |
| **Guardian Consulting Services**<br>3333 New Hyde Park Rd.<br>New Hyde Park, NY 11042 | admin@guardianconsulting.com; sbalkissoon@guardian.com | Trade debt | | | | $182,000.00 |
| **PA Health Care Association**<br>315 N. Second Street<br>Harrisburg, PA 17110 | 717-221-1800<br>contactus@phca.org | Trade debt | | | | $181,000.00 |
| **Keystone Quality Transport**<br>1260 E. Woodland Ave. #220<br>Springfield, PA 19064 | 610-566-2000<br>hr@keystonequalitytransport.com | Trade debt | | | | $179,000.00 |
| **Fasten Halberstam LLP**<br>40 Wall St., Ste. 3602<br>New York, NY 10005 | 212-751-8337<br>billing@fhllp.com | Trade debt | | | | $175,000.00 |

## United States Bankruptcy Court
### Western District of Pennsylvania

In re **York Operating, LLC**

Debtor(s)

Case No.

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Benjamin Landa** | | 48.5% | |
| **David Zahler** | | 41.5% | |
| **Jacob Zahler** | | 10% | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Restructuring Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  11/18/2024

Signature  /s/ Neil Luria

**Neil Luria**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Western District of Pennsylvania

In re **York Operating, LLC**
Debtor(s)

Case No.
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **York Operating, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

11/18/2024
Date

/s/ Sarah E. Wenrich
**Sarah E. Wenrich**
Signature of Attorney or Litigant
Counsel for **York Operating, LLC**
**Raines Feldman Littrell, LLP**
**11 Stanwix Street**
**Suite 1100**
**Pittsburgh, PA 15222**
**412-899-6474**
**swenrich@raineslaw.com**